**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Brad**<br>First name<br><br>Middle name<br>**Fenton**<br>Last name and Suffix (Sr., Jr., II, III) | **Amy**<br>First name<br>**Jo**<br>Middle name<br>**Fenton**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-0022** | **xxx-xx-7292** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **15801 N. 45th Place**<br>**Phoenix, AZ 85032**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>**7575 E. Indian School Road #1028**<br>**Phoenix, AZ 85020**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______
Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ■ Yes. Has your landlord obtained an eviction judgment against you?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No. I am not filing under Chapter 11.

■ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Part 6: Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Part 7: Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Brad Fenton**
**Brad Fenton**
Signature of Debtor 1

Email Address of Debtor 1

Executed on **January 28, 2019**
MM / DD / YYYY

**/s/ Amy Jo Fenton**
**Amy Jo Fenton**
Signature of Debtor 2

Email Address of Debtor 2

Executed on **January 28, 2019**
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Pernell W. McGuire** Date **January 28, 2019**
Signature of Attorney for Debtor MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone **(480) 733-6800** Email address **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number & State

Certificate Number: 00301-AZ-CC-032215563

00301-AZ-CC-032215563

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2019, at 11:15 o'clock AM EST, AMY JO M FENTON received from InCharge Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Arizona, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: January 28, 2019

By: /s/Rose Poley

Name: Rose Poley

Title: Certified Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00301-AZ-CC-032215562

00301-AZ-CC-032215562

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2019, at 11:15 o'clock AM EST, BRADLEY A FENTON received from InCharge Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Arizona, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: January 28, 2019

By: /s/Rose Poley

Name: Rose Poley

Title: Certified Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

Debtor 1 **Brad Fenton**
First Name Middle Name Last Name

Debtor 2 **Amy Jo Fenton**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**310 Dust Control**
**515 E/ Carefree Highway**
**PMB 686**
**Phoenix, AZ 85085**

Contact

Contact phone

**What is the nature of the claim?** $ **$3,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

**2**

**Arizona Insulation Guys, LLC**
**39908 N. 12th Street**
**Phoenix, AZ 85086**

Contact

**What is the nature of the claim?** $ **$3,740.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Brad Fenton**
Debtor 2 **Amy Jo Fenton** Case number *(if known)*

Contact phone Unsecured claim $

**3**

**Bank of Kansas City**
**1710 NE Douglas Street**
**Lees Summit, MO 64086**

Contact

Contact phone

**What is the nature of the claim?** $ **$22,458.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

**4**

**Best Egg**
**4315 Pickett Road**
**P.O. Box 3999**
**Saint Joseph, MO 64503**

Contact

Contact phone

**What is the nature of the claim?** $ **$13,797.04**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

**5**

**Capital One Bank**
**Bankruptcy Department**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

Contact

Contact phone

**What is the nature of the claim?** $ **$4,571.30**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

**6**

**CBE Group, Inc.**
**P.O. Box 2040**
**Waterloo, IA 50704**

**What is the nature of the claim?** $ **$47,556.60**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104) **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims** **Page 2**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Brad Fenton**
Debtor 2 **Amy Jo Fenton** Case number *(if known)*

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact

Contact phone

---

**7**

**Century Roofing**
**2615 W. Lone Cactus Drive**
**85027**

**What is the nature of the claim?** $ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact

Contact phone

---

**8**

**Comenity Bank**
**P.O. Box 182789**
**Columbus, OH 43218-2789**

**What is the nature of the claim?** $ **$1,525.35**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact

Contact phone

---

**9**

**Common Wealth Financial Systems, Inc.**
**P.O. Box 1110**
**Charlotte, NC 28201**

**What is the nature of the claim?** $ **$1,331.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact

Contact phone

---

**10**

**Credit World Services**

**What is the nature of the claim?** $ **$2,853.00**

B 104 (Official Form 104) **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims** **Page 3**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Brad Fenton**
Debtor 2 **Amy Jo Fenton** Case number *(if known)*

**6000 Martway**
**Mission, KS 66202**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact

Contact phone

---

**11**

**Dilday Auto and Marine**
**505 US-40, Blue Spring**
**Blue Springs, MO 64015**

**What is the nature of the claim?** $ **$3,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact

Contact phone

---

**12**

**Ed Hale**
**2101 W. Williams Drive**
**Phoenix, AZ 85027**

**What is the nature of the claim?** $ **$4,200.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact

Contact phone

---

**13**

**First Star Waste**
**c/o Tucker Albin**
**1702 N. Collins Blvd.**
**Richardson, TX 75080**

**What is the nature of the claim?** $ **$5,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $

Contact

B 104 (Official Form 104) **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims** **Page 4**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Brad Fenton**
Debtor 2 **Amy Jo Fenton** Case number *(if known)*

Contact phone

Value of security: - $
Unsecured claim $

---

**14** **Hughes Federal Credit Union**
**P.O. Box 11900**
**Tucson, AZ 85734-1900**

**What is the nature of the claim?** $ **$8,296.65**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact

Contact phone

---

**15** **James Lynch Drywall**
**29455 N. Cave Creek Road, Suite 118-445**
**Cave Creek, AZ 85331**

**What is the nature of the claim?** $ **$16,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact

Contact phone

---

**16** **M&P Ventures Demolition**
**7215 N. 62nd Avenue**
**Glendale, AZ 85301**

**What is the nature of the claim?** $ **$3,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

Contact

Contact phone

---

**17** **Mazuma Credit Union**
**7260 W. 136th Street**
**Overland Park, KS 66223**

**What is the nature of the claim?** $ **$51,887.70**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- None of the above apply

B 104 (Official Form 104) **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims** **Page 5**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Brad Fenton**
Debtor 2 **Amy Jo Fenton** Case number *(if known)*

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**18**

**Superior Post Tension**
**1179 Center Point Drive**
**Henderson, NV 89074**

**What is the nature of the claim?** $ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**19**

**United States Servnices, Inc.**
**4342 N. 38th Drive**
**Phoenix, AZ 85019**

**What is the nature of the claim?** $ **$2,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**20**

**Westlake Financial Services**
**P.O. Box 54807**
**Los Angeles, CA 90054-0807**

**What is the nature of the claim?** $ **$18,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**Part 2: Sign Below**

B 104 (Official Form 104) **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims** **Page 6**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Brad Fenton**
Debtor 2 **Amy Jo Fenton** Case number *(if known)*

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Brad Fenton**
**Brad Fenton**
Signature of Debtor 1

Date **January 28, 2019**

X **/s/ Amy Jo Fenton**
**Amy Jo Fenton**
Signature of Debtor 2

Date **January 28, 2019**

B 104 (Official Form 104) **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims** **Page 7**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Main Document Page 16 of 19

Fenton, Brad and Amy -

310 DUST CONTROL
515 E/ CAREFREE HIGHWAY
PMB 686
PHOENIX AZ 85085


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY AND COLLECTION SEC.
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


ARIZONA INSULATION GUYS, LLC
39908 N. 12TH STREET
PHOENIX AZ 85086


BANK OF KANSAS CITY
1710 NE DOUGLAS STREET
LEES SUMMIT MO 64086


BEST EGG
4315 PICKETT ROAD
P.O. BOX 3999
SAINT JOSEPH MO 64503


CAPITAL ONE BANK
BANKRUPTCY DEPARTMENT
P.O. BOX 30285
SALT LAKE CITY UT 84130-0285


CBE GROUP, INC.
P.O. BOX 2040
WATERLOO IA 50704


CENTURY ROOFING
2615 W. LONE CACTUS DRIVE
85027


COMENITY BANK
P.O. BOX 182789
COLUMBUS OH 43218-2789


COMMON WEALTH FINANCIAL SYSTEMS, INC.
P.O. BOX 1110
CHARLOTTE NC 28201

Fenton, Brad and Amy -

COMMUNITY FINANCIAL LLC
C/O JENNINGS, STROUSS & SALMON, PLC
16150 N. ARROWHEAD FNTNS CTR. DR. 250
PEORIA AZ 85382

CREDIT WORLD SERVICES
6000 MARTWAY
MISSION KS 66202

DILDAY AUTO AND MARINE
505 US-40, BLUE SPRING
BLUE SPRINGS MO 64015

ED HALE
2101 W. WILLIAMS DRIVE
PHOENIX AZ 85027

FIRST STAR WASTE
C/O TUCKER ALBIN
1702 N. COLLINS BLVD.
RICHARDSON TX 75080

HUGHES FEDERAL CREDIT UNION
P.O. BOX 11900
TUCSON AZ 85734-1900

INTERNAL REVENUE SERVICE
BANKRUPTCY AND COLLECTION ENFORCEMENT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

JAMES LYNCH DRYWALL
29455 N. CAVE CREEK ROAD, SUITE 118-445
CAVE CREEK AZ 85331

KLS FINANCIAL
991 AVIATION PARKWAY, SUITE 300
MORRISVILLE NC 27560

M&P VENTURES DEMOLITION
7215 N. 62ND AVENUE
GLENDALE AZ 85301

Fenton, Brad and Amy -


MAZUMA CREDIT UNION
7260 W. 136TH STREET
OVERLAND PARK KS 66223


SUPERIOR POST TENSION
1179 CENTER POINT DRIVE
HENDERSON NV 89074


UNITED STATES SERVNICES, INC.
4342 N. 38TH DRIVE
PHOENIX AZ 85019


WESTLAKE FINANCIAL SERVICES
P.O. BOX 54807
LOS ANGELES CA 90054-0807